ADAM L. BRAVERMAN
United States Attorney
RYAN R. CROSSWELL
Assistant U.S. Attorney
North Carolina No. 36700
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, CA 92101-8893

Attorneys for the Plaintiff
UNITED STATES OF AMERICA

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LINA LATEEF YOUSIF KATW,<br><br>Defendant. | Case No.: 17-CR-3818-LAB<br><br>**NOTICE REGARDING FOREIGN RECORDS REQUEST** |

The Government provides notice to the Court that it has received the Government of Germany's response to the request by the Office of International Affairs of the Department Justice for records pertaining to the defendant's identity. This request was the basis for the parties' Joint Motion to Exclude Time Pursuant to 18 U.S.C. § 3161(h)(8) ("the Motion"). [Dkt. #21.] The Government indicated in the Motion that it would immediately notify the Court and defense counsel when it received the requested evidence. The Government hereby provides such notice.

DATED:     March 5, 2018

                                          Respectfully submitted,

                                          ADAM L. BRAVERMAN
                                          United States Attorney

                                          *s/ Ryan R. Crosswell*
                                          RYAN R. CROSSWELL
                                          Assistant U.S. Attorney

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> LINA LATEEF YOUSIF KATW, <br> Defendant. | Case No.: 17-CR-3818-LAB <br><br> CERTIFICATE OF SERVICE |

IT IS HEREBY CERTIFIED THAT:

I, Ryan R. Crosswell, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of the attached document, on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

Frank Morell, Esq.                                    Attorney for Defendant

I declare under penalty of perjury that the foregoing is true and correct. Executed on March 5, 2018

                                             */s/ Ryan R. Crosswell*
                                             RYAN R.CROSSWELL
                                             Assistant U.S. Attorney