```
FILED
APR 24 2018
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
B                                    DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    v.<br><br>LINA LATEEF YOUSIF KATW,<br>    a.k.a., Lena Latif Yosef,<br><br>            Defendant. | Case No. 17-cr-03818<br><br>I N F O R M A T I O N<br>(Superseding)<br>Title 18, U.S.C.,<br>Sec. 1001 – False Statement<br>(Felony) |

The United States Attorney charges:

On or about April 8, 2014, within the Southern District of California, defendant LINA LATEEF YOUSIF KATW, a.k.a., Lena Latif Yosef, did willfully and knowingly make a materially false statement and representation in a manner within the jurisdiction of the United States Department of Justice, on a Form I-589, Application for Asylum and Withholding of Removal, to wit, that she had never applied for or received any citizenship in any country other than her application for the same in the United States. The statement and representation was false because, as the defendant then and there knew, in truth and in fact, defendant had obtained citizenship in Germany.

The above is a violation of Title 18, United States Code, 1001.

DATED: 4-24-18

                            ADAM L. BRAVERMAN
                            United States Attorney

                            Ryan R. Crosswell
                            Assistant U.S. Attorney

\*:\* 4/20/2018